UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-81433-CIV–MARRA/JOHNSON

SONIA CHUY and SERGIO CHANG,
her husband,

    Plaintiffs,

v.

TARGET CORPORATION, a Florida
corporation, and JOHN DOE,

    Defendants.
_____/

## ORDER AND OPINION

**THIS CAUSE** is before the Court upon Defendants Motion to Dismiss John Doe [DE 3] and Plaintiff's Motion For Leave to Amend Complaint [DE 5]. The Court has carefully considered the filings and is otherwise fully advised in the premises. For good cause shown, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion For Leave to Amend Complaint **[DE 5] is GRANTED** and Defendants Motion to Dismiss John Doe **[DE 3] is denied as moot**. At this point in the litigation, the allegations made against John Walker ("Walker") and Brad Halstead ("Halstead") in the First Amended Complaint are adequate. The First Amended Complaint makes allegations against these defendants which are more than a mere recitation of their administrative responsibilities imposed by virtue of their positions with Target as a store manager and executive team leader. *White v. Wal-Mart Stores, Inc.*, 918 So.2d 357 (Fla. Dist.

Ct. App. 2005); *Exhibit Icons, LLC v. XP Companies, LLC*, 609 F. Supp. 2d 1282, 1299 (S.D. Fla. 2009); *Florida Specialty, Inc. v. H 2 Ology, Inc.*, 742 So.2d 523, 527 (Fla. Dist. Ct. App.1999).  Plaintiffs allege more than mere technical or vicarious fault. They allege that Walker and Halstead were directly responsible for carrying out certain responsibilities; that they negligently failed to do so; and that, as a result, Mrs. Chuy was injured.  Moreover, at this stage, it is not clear that Walker and Halstead have been fraudulently joined.

Pursuant to the Administrative Procedures, Southern District of Florida, Plaintiffs shall separately electronically file their First Amended Complaint which is deemed filed as of the date of this Order.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of February, 2010.

_____
KENNETH A. MARRA
United States District Judge

copies to:

All counsel of record